**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

APR **2 2** 2026

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD LIND,

    Defendant.

No.

# 4:26CR00185-MAL/PLC

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES Now the United States of America, by and through its attorneys the United States Attorney for the Eastern District of Missouri, and Gwendolyn E. Carroll, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Gwendolyn E. Carroll*
GWENDOLYN E. CARROLL #4657003NY
Assistant United States Attorney